**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 16 PM 3:36

BY: _____ DEPUTY

| | |
|---|---|
| ACHOUR BOUGUERNE, [A98-950-259] | ) Case No. 08CV0091-WQH (NLS) ) ) |
| Plaintiff, | ) ) |
| sv. | ) PROOF OF SERVICE ) |
| MICHAEL CHERTOFF, et al., | ) ) |
| Defendant. | ) ) |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **CIVIL COVER SHEET, PETITION FOR WRIT OF HABEAS CORPUS, MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS, NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COUNSEL; STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONER'S MOTION AND DECLARATION OF JAMES FIFE IN SUPPORT OF PETITIONER'S MOTIONS,** placing a true copy of the above-mentioned document in the United States mail on January 16, 2008, to:

U.S. Attorney's Office
Civil Division
880 Front Street
San Diego, CA  92101

I certify under the laws of the State of California that the foregoing is true and correct.

Executed on 16 January 2008 at San Diego, California.

_____
SYLVIA FREEMAN