```
 1  KAREN P. HEWITT
    United States Attorney
 2  SAMUEL W. BETTWY
    Assistant U.S. Attorney
 3  California State Bar No. 94918
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7119
    Facsimile:  (619) 557-5004
 6  Email: samuel.bettwy@usdoj.gov

 7  Attorneys for Federal Respondents
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHOUR BOUGUERNE, [A98 950 259] </br> </br> Petitioner, </br> </br> vs. </br> </br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., </br> </br> Respondents. | Case No. 08cv0091-WQH (NLS) </br></br> NOTICE OF "APPEARANCE" </br></br></br></br></br> CTRM:  Hon. William Q. Hayes </br> JUDGE:   10 |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel for Respondents in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

    **Samuel W. Bettwy**   Tel:  619-557-7119   Email:  samuel.bettwy@usdoj.gov

    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

    None

1     This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection, including but not limited to personal jurisdiction, sufficient process, sufficient process of service and proper venue.

    Please feel free to contact me should you have any questions regarding this notice.

DATED: January 25, 2008      Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Samuel W. Bettwy*

SAMUEL W. BETTWY
Assistant U.S. Attorney

Attorneys for Respondents
Email: samuel.bettwy@usdoj.gov