UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHOUR BOUGUERNE,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary<br>of Homeland Security, et al.,<br><br>        Respondents. | Case No. 08cv0091-WQH (NLS)<br>A98 950 259<br><br><br>CERTIFICATE OF SERVICE<br>BY MAIL |

STATE OF CALIFORNIA )
                                  ) ss.
COUNTY OF SAN DIEGO )

       IT IS HEREBY CERTIFIED that:

       I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

       On **January 25, 2008,** I am causing service of the following (accompanying) document

**NOTICE OF "APPEARANCE"**

on Petitioner by having a copy of the foregoing mailed to Petitioner on this day at his address of record:

       **Achour Bouguerne**
       **A98-950-259**
       **1115 North Imperial Avenue**
       **El Centro, CA 92243**

and by emailing a copy of same to his attorney **JAMES FIFE** at james_fife@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

       Executed on this **Twenty-Fifth Day of January 2008.**

                                                              s/ *Samuel W. Bettwy*
                                                              SAMUEL W. BETTWY