KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 094918
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Samuel.Bettwy@usdoj.gov
Telephone: (619) 557-7119

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHOUR BOUGUERNE,<br><br>            Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; et al.,<br><br>           Respondents. | Case No. 08cv0091-WQH (NLS)<br>A98 950 259<br><br>GOVERNMENT'S RESPONSE IN NON-OPPOSITION TO PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

The Government does not oppose the motion for appointment of counsel insofar as the appointment is for representation in this case before this Court and on direct appeal(s). The scope of appointment, for purposes of funding, directly or indirectly, under the Criminal Justice Act, should not include appearances before DHS, the immigration judge or the Board of Immigration Appeals, because aliens in such forums are not entitled to representation at government expense. See 8 U.S.C. §§ 1229a(b)(4)(A), 1362; 8 C.F.R. § 1003.16.

Dated: March 10, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Samuel W. Bettwy*

SAMUEL W. BETTWY
Assistant U.S. Attorney