# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHOUR BOUGUERNE,<br><br>   Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, et al.,<br><br>   Respondents. | Civil No.   08cv0091-WQH (NLS)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AS MOOT** |

Petitioner, a Department of Homeland Security detainee proceeding pro se, has paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. He has also filed a request to proceed in forma pauperis and a Motion for Appointment of Counsel.

Because Petitioner has paid the requisite filing fee, the Court **DENIES** the request to proceed in forma pauperis as moot. The Court will consider the financial information provided in support of the request in ruling on Petitioner's Motion for Appointment of Counsel.

**IT IS SO ORDERED.**

DATED: April 17, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge