```
 1  KAREN P. HEWITT
    United States Attorney
 2  SAMUEL W. BETTWY
    Assistant U.S. Attorney
 3  California State Bar No. 094918
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Email: Samuel.Bettwy@usdoj.gov
    Telephone: (619) 557-7119
 6
 7  Attorneys for the Respondents
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHOUR BOUGUERNE, | Case No. 08cv0091-WQH (NLS) |
| Petitioner, | A98 950 259 |
| v. | DECLARATION OF SAMUEL W. BETTWY |
| MICHAEL CHERTOFF, Secretary of Homeland Security; et al., | |
| Respondents. | |

I, Samuel W. Bettwy, declare and state as follows:

1. I am an Assistant U.S. Attorney in the Southern District of California and have been assigned the responsibility for the defense of the above-captioned case. In that capacity, I have made inquiries through my point of contact, ICE attorney Alice Miller, with the Custody Determination Unit of Headquarters ("HQCDU"), Immigration and Customs Enforcement ("ICE"), concerning the status of attempts to obtain travel documents from the Algerian consulate for the repatriation of Petitioner Bouguerne.

2. On May 9, 2008, Ms. Miller, who is an attorney in Principal Advisor's Office of ICE in Washington, D.C., informed me that the decision had been made to release Petitioner Bouguerne on an Order of Supervision. Ms. Miller also told me that she anticipated that the Order would be issued today, May 12, 2008, but I was unable to make contact with Ms. Miller today, because I was presenting oral argument at the Ninth Circuit in another case and did not return to my office until 3:00pm.

3. Today, I left a voicemail message with Ms. Miller and sent her an email message, requesting confirmation of Bouguerne's release and a copy of the Order of Supervision. As soon as I receive a copy of the Order and confirmation of Bouguerne's release from custody, I will lodge the Order with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: May 12, 2008

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY

3. Today, I left a voicemail message with Ms. Miller and sent her an email message, requesting confirmation of Bouguerne's release and a copy of the Order of Supervision. As soon as I receive a copy of the Order and confirmation of Bouguerne's release from custody, I will lodge the Order with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: May 12, 2008

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY