KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119

Attorneys for Respondents

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ACHOUR BOUGUERNE, | ) | Case No. 08cv0091-WQH (NLS) |
| Petitioner, | ) | A98 950 259 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary | ) | |
| of Homeland Security; et al., | ) | |
| | ) | |
| Respondents. | ) | |

**EXHIBITS 1-66**



*translation #1321*

**U.S. DEPARTMENT OF HOMELAND SECURITY**

**26 Federal Plaza, New York, N.Y. 10278**

I, *NANCY Kinney*, certify that I am competent to translate this document, and that the translation is true and accurate to the best of my abilities.

_____      10/13/06
TRANSLATOR                                                                    DATE


**U.S. DEPARTMENT OF HOMELAND SECURITY**

**26 Federal Plaza, New York, N.Y. 10278**

The above translation from the *French* language was made by the undersigned.

_____      10/13/06
TRANSLATOR                                                                    DATE

<u>**NYC Translation No. 1321**</u>

Immigration and Refugee Board

Refugee Division

**NOTICE OF DECISION**

**[Paragraphs 69.1(9) of the <u>Immigration Law</u>]**

<u>File No. M93-09323</u>

Normand Longchamps – Hearing Judge

Ghyslain Lavoie – Commissioner

Refugee Status Claim in the sense of the Convention of:

ACHOUR BOUGUERNE

The claim was heard on June 30, 1994.

The Refugee Division decides that Petitioner

**IS NOT A REFUGEE IN THE SENSE OF THE CONVENTION.**

                                        Court Clerk [signed]
July 13, 1994

In the terms of paragraph 82.1(1) of the <u>Immigration Law</u>, you may, with the authorization of a judge of the Division of First Instance of the Federal Court, file a petition for judicial review of the decision rendered. Please immediately consult with an attorney, since the Law stipulates a limited period of time to file a petition of authorization.

7/94

                                        Certified True Copy
                                        [signed]
CANADA

(1)

**2**

DEPARTURE ORDER

[This page is given in parallel French and English versions regarding the Departure Order against ACHOUR BOUGUERNE.]

(2)

**3**

[This page is given in parallel French and English versions regarding data on the June 30, 1994 hearing and July 12, 1994 decision in the case of Achour BOUGUERNE]

(3)

4

M93-09323

-1-

This is in regard to the grounds in support of the decision regarding the refugee status claim of Mr. Achour BOUGUERNE, citizen of Algeria, who claims to have a credible fear of persecution due to his political opinions and his membership in a social group.

Petitioner's testimony and the documentary evidence reveal, in short, the following facts:

Petitioner lives in Algiers. He claims to have joined the Islamic Salvation Front [FIS] in October 1980. He is still with them; he does the cleaning at the mosque. He acts as security officer at public demonstrations and meetings. He affirms that the FIS is telling the truth. In January 1991, he steals medicines for first aid from the pharmacy of his father's cousin, where his father works [the pharmacy premises belong to his father, who rents them to his cousin the pharmacist]. Petitioner takes these medicines to the Iman of the mosque. On June 5, 1991, at 6:00 hours, Petitioner is cleaning the mosque. Five police officers arrive, they search the mosque, find the medicines in the Iman's office and arrest Petitioner. Under blows, Petitioner confesses that he himself brought the medicines that they found. He is detained for three days. His uncle, who is a military officer, comes to have him released. He advises him to leave the town. After spending three days at his uncle's, he goes to his grandparents' place at Sétif. While at his grandparents' he learns that the pharmacy, where his father works, has been closed since June 6, 1991. In December 1991, his uncle gets him a passport and a visa for France. He leaves Algeria for Marseille in December 1991. While in France he learns that the police went to his parents' place after his departure

(4)

5

M93-09323

-2-

to fetch him.  On September 8, 1993, Petitioner leaves France and comes to Canada to claim refugee status.

Petitioner testified with a great deal of vagueness and hesitation.  He did not know when municipal elections took place in 1990.  He did not know if the FIS was still legal in June 1991. He did not know exactly when the 1991 FIS strike had taken place, or why.  He confirmed that it was for democracy or so that the FIS not be abolished; whereas the documents at index 2, page 2 of the Portfolio on Algeria, states that the FIS in May 1991 went on strike and had public demonstrations to demand advance elections and to abolish electoral law.  When confronted, petitioner explains that he was absent at that particular time.  He was in France, where he claims to have been living for two and a half years.

Although we are aware that a testimony taken under oath is presumed to be true, an evaluation of its credibility may prove necessary to the extent that some important elements, received in evidence, raise doubts concerning this.

After having carefully studied the totality of the evidence, in the true sense of the word, we conclude that petitioner is not credible in the true sense of that word, because his testimony appears to us to be improbable as it relates to essential elements of his claim.  Further, when we confronted petitioner with these improbabilities, the explanations he provided were not deemed sufficient.

(5)

6

M93-09323

-3-

We have paid particular attention to pertinent elements of his claim referring to the definition of refugee and we have arrived at a negative decision for the following reasons:

The Court does not believe that petitioner brought the medicines to the Iman of the mosque he was attending nor that he joined the FIS in October 1991. These allegations in this regard are unbelievable, given that he affirmed he was present at the mosque almost seven days a week and follows all the activities of the FIS and that he knew almost nothing about these same activities.

How can the petitioner, with such claims, know practically nothing about the activities of the FIS during this period, nor about the reasons for this activity? Under the pressure of the confrontation, he explained that he had stayed in France for two and a half years and that during that period he had therefore been absent. When confronted with the fact that according to his Personal Information Form, Petitioner could not have been in France, since his entire story took place in 1991 and he left France in September 1993 after a stay of one year and nine months, Petitioner responded "that he was telling what he knew." This explanation is not satisfactory.

Is Petitioner exempt from his burden of establishing a credible fear of persecution on account of his political opinions and his appurtenance to a social group? We don't believe so. According to our appraisal of all the evidence, there is no reasonable possibility that Petitioner will be persecuted, should he return to his country of nationality, [and we base this] on the reasons set forth above concerning Petitioner's lack of credibility.

(6)

M93-09323

-4-

On these grounds, we conclude that Petitioner Achour BOUGUERNE is not a "refugee in the sense of the Convention" as defined by Article 2(1) of the Immigration Law.

Normand Longchamps
Normand Longchamps

In witness whereof:                    Ghislain Lavoie
                                       Ghislain Lavoie

Drawn up in Montreal on July 12, 1994.

Dm/

Maldonado, Gilma Yanira vs. M.E.I. (C.F. lst Instance, no. A-1165-92). Gibson, January 26, 1994

Permaul vs. M.E.I. [1984] 53 N.R. 323.

(7)

$g$

[Summary Translation]

Completed Personal Information Form of ACHOUR BOUGUERNE.

[top of page: instructions on filling out form]

Achour BOUGUERNE:

Other names used – N/A; Male
Born June 24, 1963 in Sétif, Algeria; Citizenship at birth - Algerian; Nationality – Algerian
Religion – Islam
Stateless – N/A; Other country of citizenship – N/A
In what country do you have fears of being persecuted? – Algeria

(8)

[Summary Translation]

2

<u>Family Information</u>

Marital status – single

| | | |
|---|---|---|
| Father – Mohamed Bouguerne | 68 years old | Algerian citizen – residing in Algiers, Algeria |
| Mother – Djamila Cheniti | 59 years old | Algerian citizen – residing in Algiers, Algeria |
| Brother – Miloud Bouguerne | 34 years old | Algerian citizen – residing in Algiers, Algeria |
| Sister – Naima Bouguerne | 33 years old | Algerian citizen – residing in Algiers, Algeria |
| Sister – Saida Bouguerne | 32 years old | Algerian citizen – residing in Algiers, Algeria |
| Sister – Nora Bouguerne | 27 years old | Algerian citizen – residing in Algiers, Algeria |
| Sister – Fatiha Bouguerne | 26 years old | Algerian citizen – residing in Algiers, Algeria |
| Sister – Salima Bouguerne | 18 years old | Algerian citizen -  residing in Saudi Arabia |
| Brother – Yazid Bouguerne | 29 years old | Algerian citizen -  residing in Saudi Arabia |

Have your parents previously applied for refugee status – No.

(9)

*10*

3

[Summary Translation]

## QUALIFICATIONS AND STUDIES

Years of study completed -           10 years

Name of School, place and country:

Sept. 69 to June 78 - Primary School "Cité Diar el Mahssoune," Algiers, Algeria   6 year certificate
Sept. 78 ;to Aug. 82 – Vocational School, Algeria   Diploma in Buildings Painter

Work History –

Jan. 86 to Dec. 88  "Entreprise Nationale Genire Sider," Algiers, Algeria           Painter

## MILITARY SERVICE

Is military or other service obligatory in your country of citizenship or prior habitual residence? Yes.

Age for military service – 18           Stipulated length of service – 18 months

Did you complete your military service? – Yes.
          Voluntarily [ ]          or       Drafted [X]

Dates of service:  July 20, 1983 to March 25, 1985

(10)

4

[Summary Translation]

## POLICE RECORD

Have you ever been wanted by the police, by military authorities or by other authorities in any country?          Yes.

Have you already been found guilty of any crime or criminal violation?          No.

If yes to either of the above questions, give details – SEE QUESTION #37

## PLACES OF RESIDENCE AND PRIOR TRIPS

Places you have lived during the past ten years, commencing with the most recent:

| Dec. 91 to Sept. 93 | Paris, France | Status:  Visitor, then Illegal |
| June 91 to Dec. 91 | Sétif, Algeria | Citizen |
| Birth to June 91 | Algiers, Algeria | Citizen |
| [illeg. Sétif until……] | | |

Prior to your present stay in Canada, did you travel outside of  your country of citizenship /previous habitual residence during the last 5 years?          No.

(11)

*12*

5

[Summary Translation]

After filing your Claim for Refugee Status in the Sense of the Convention, have you returned to the country/countries where you have a fear of being persecuted?          No.


## PASSPORT, TRAVEL DOCUMENTS AND ID'S

Did you request a passport or travel document to leave your country of citizenship /previous habitual residence?                                              Yes.

Did you obtain a passport or travel document?              Yes.

Give details:  Document issued in Algeria in 1991; date of expiration 1996.  Where is this document? – Paris, France.

Did you need a visa or exit permit to leave your country of citizenship/ prior habitual residence?          No.

Did you request a Canadian visa to come to Canada?              No.

Why not?              CAME TO CANADA WITH A FAKE FRENCH PASSPORT.

.

(12)

13

6

[Summary Translation]

Indicate fake documents or documents not issued in your name with an asterisk:

Passport, issued in Algeria in 1991, expires 1996.  Where is this document?  Paris, France
(*) Fake French Passport.  Where is this document?  With Immigration, Canada, MTL ES[illeg.]


List all travel documents in your possession:

Individual ID Booklet No. 831913822, Issued in Constantine, Algeria on July 19, 198[illeg.]
Birth Certificate No. 157, issued in Alger, Algeria on October 17, 1993
Driver's License No. 17760, issued in Alger, Algeria on April 15, 1987
Individual registration card of Civil Status, issued in Alger, Algeria on October 18, 1993


Since arriving in Canada, have you tried to obtain any document for the purpose of traveling
abroad?                                         No.




(13)




14

7

[Summary Translation]

## TRIP TO CANADA

Your itinerary starting from your country of citizenship/ permanent residence and ending with your arrival in Canada:

Algeria, means of transportation – boat, date of arrival _____, departure – Dec. 24, 1991
France, means of transportation – plane, date of arrival: Dec. 25, 1991, departure – Sept. 8, 1993
Canada                                                                      date of arrival – Sept. 8, 1993

Place of arrival in Canada:  Quebec Airport on September 8, 1993

When and where and to which official in Canada did you first indicate your intention to ask for refugee status?

Where:  CIC Montreal East  (town, province)
When:  Oct. 5, 1993
To whom:  Immigration Agent

Did you make any prior trips to Canada?                    No.

(14)

*15*

8

## PREVIOUS CLAIMS FOR REFUGEE STATUS

[Summary Translation]

| | |
|---|---|
| Have you already claimed refugee status in Canada? | No. |
| In a Canadian office abroad? | No. |
| In another country? | No. |

Has the U.N. High Commissioner for Refugees recognized refugee status for you?
    No.

Do you have a document confirming that this status has been granted to you?    No.

(15)

*16*

9

[Summary Translation]

QUESTION 37

You claim to be a refugee in the sense of the Convention because you have a reasonable fear of persecution in your country of nationality or, if you do not have a country of nationality, then in the country of your prior habitual residence. The credible fear of persecution which you claim to have must be based on at least one of the five grounds enumerated in the definition of Refugee in the Sense of the Convention which appear in paragraph 2(1) of the <u>Immigration Law</u>, to wit: race, religion, nationality, membership in a social group, or political opinions. To support your claim, please provide the following information:

(A) Relate in chronological order <u>all significant incidents</u> which led you to seek protection outside of your country of nationality or prior habitual residence. Please also mention the measures taken against you, members of your family or other individuals who are in a similar situation.

(B) What protection, should such be the case, have you sought to obtain with the authorities of your country? If you have not done so, state why not.

     SEE ATTACHED.

(16)

*17*

ACHOUR BOUGUERNE

I am Algerian, I am Moslem and I was living in Algiers with my family.

In 1990, the FIS won the municipal elections. The FIS was advocating religious values and practices which I supported. Likewise, I began to get interested in this party, to attend their meetings and gatherings starting in October of 1990.

My father was a pharmacist and in January 1991, I was assigned the task of providing and delivering medicines to the Iman of our Mosque, so that he could distribute them to the people of the FIS.

The FIS called for the immediate establishment of an Islamic state in Algeria and during our sstruggle in June 1991, we held strikes and protests to that end. On June 5, 1991, I was doing the cleaning in our mosque, when some policemen arrived. They proceeded to conduct a search and confiscated the medicines which were in our Imam's office; they handcuffed me and took me to their precinct. I was questioned regarding the origin of the confiscated medicines and beaten to make me confess. By dint of the beating, I stated that they came from my father's pharmacy; they took down the address and locked me up. I was detained without knowing for how long, nor what would become of me. After 3 days, my uncle came to see me and told me that he would get me out of there. Then, a short time later, a policeman came and told me to follow him. He took me away to my uncle who was outside of the precinct and my uncle took me to his place. My uncle refused to tell me how he had been able to get me released, but he did tell me that I should flee and that arrangements would be made in that regard. He was also living in Algiers and out of fear for me, in the meantime, he advised me to leave town. Thus, after 3 days, I left to stay with my grandparents in Sétif.

While I was in Sétif, I learned that my father's business had been closed on June 6, 1991. On December 13, 1991my uncle informed me to the effect that a passport and a visa for France had been issued for me. On December 15, 1991, I thus went to his place; however, a reservation for my departure could not take place until December 24, 1991, and on that date I left Algeria by boat to Marseille.

My tourist visa was valid for a month and so as not to return to Algeria because of fear for myself, I had to remain illegally in France. Around March 1992, I knew that the police had come to look for me at my parents' place on several occasions and my parents had pretended not to know my whereabouts since June 5, 1991.

I didn't want to, nor could I, remain in France forever, especially since my situation was illegal and some Algerians were finding themselves denied refuge in the country. I had to work illegally to be able to survive and to obtain the necessary travel documents to come to Canada.

Around May 1993, I learned that the police had come to search for me at my parents' place; my parents persisted in feigning that they had no news whatsoever from me.

In August 1993, I was able to buy a fake French passport and on September 8, 1993, I left France for Canada, where I arrived the same day with an eye to seeking refuge there.

For all of the foregoing reasons, I fear for my life and my safety, if I were to return to Algeria.

(17)



12

[Summary Translation]

POINTS OF CONTACT IN CANADA\

Address of residence in Canada:  2152 Amherst, Apt. 3, Montreal, Quebec  H2L 3L8
Tele.:  514-527-0745

Your attorney's name, address, phone number:

Mrs. Lorraine Magnant                     Mrs. Horeya Elmaraghi
[crossed out: 1117 St. Catherine West, Suite 400] 84 Notre Dame [illeg.]
Montreal, Quebec [crossed out: H3B 1H9      [illeg.]
Tele.: 514-842-4655

I need an interpreter in the Arabic language

Petitioner's signed and dated [11-16-93] statement that to the best of his knowledge the
information he has provided is true.

(18)

*19*

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | | | |
|---|---|---|---|---|---|---|
| BOUGUERNE, Achour | | | Sex **M** | Hair **BLK** | Eyes **BRO** | Cmplxn **MED** |

| Country of Citizenship | Passport Number and Country of Issue | Case No: IMB0604000484 | File Number A098 950 259 | Height **71** | Weight **177** | Occupation SANDWICH MAKER |
|---|---|---|---|---|---|---|
| ALGERIA | | | | | | |

U.S. Address
IN DHS CUSTODY

Scars and Marks
See Narrative

| Date, Place, Time, and Manner of Last Entry 04/29/2006, 0155, 2 mile(s) N of SYS, PWA(AFOOT) | Passenger Boarded at | F.B.I. Number 39491MC1 | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence #4 ABDUL RAHMAN AL ALAH STREET ALGIERS, ALGERIA ALGERIA | Method of Location/Apprehension PB 518.3 |
|---|---|

| Date of Birth 06/24/1963     Age: 42 | Date of Action 04/29/2006 | Location Code SDC/IMB | At/Near San Ysidro, CA | Date/Hour 04/29/2006 0200 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth ALGIERS, ALGERIA, ALGERIA | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By BRETT J. OVERTON |
|---|---|---|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry PWA Mexico | Status When Found TRAVEL/SEEKING |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY |
|---|---|---|

| Immigration Record NEGATIVE - See Narrative | Criminal Record None known |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children CLAIMS NONE |
|---|---|

Father's Name, Nationality, and Address, if Known  Nationality:  ALGERIA
BOUGUERNE, Muhammad
ALGIERS, ALGERIA  ALGERIA

Mother's Present and Maiden Names, Nationality, and Address, if Known
BOUGUERNE, Jemila
ALGIERS, ALGERIA  ALGERIA

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks See Narrative | Charge Code Word(s) 16A |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer ANDRE-BOUDIN BAKERIES INC | Type of Employment | Salary 10.50 Hr. | Employed from/to / /1995   / /2006 |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 18835756

SCARS, MARKS AND TATTOOS
SCAR FOREARM, RIGHT

MOTHER'S NATIONALITY
ALGERIA

FUNDS IN POSSESSION
7110.00   United States Dollar
200.00    Mexican Peso    x AB

INS SYSTEMS CHECKS
Automated Fingerprint Identification System Negative
Central Index System Negative
Deportable Alien Control System Negative
Integrated Automated Fingerprint Identification System Negative
National Crime Information Center Negative
Treasury Enforcement Communications System Negative

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by VIAU

+ AB

| Alien has been advised of communication privileges. 1/30/06 JV (Date/Initials) | JASON A. VIAU BORDER PATROL AGENT (Signature and Title of INS Official) |
|---|---|

| Distribution: TO FILE TO SECTOR TO STATION | Received: (Subject and Documents) (Report of Interview) Officer: JASON A. VIAU on April 30, 2006 xxxxx at 0100 (time) Disposition: Warrant of Arrest/Notice to Appeal Examining Officer: SCOTT R. ARNOLD |
|---|---|

**20**

Form I-213(Rev.4/97)Y

| Name | File Number | Date |
|------|-------------|------|
| BOUGUERNE, Achour | Case No: IMB3604000484 | |
| | A098 950 259 | 04/29/2006 |

On April 29, 2006, at approximately 1:55 AM, East Scope Operator, Senior Patrol Agent Jorge Uribe observed two individuals climb over the United States/Mexico International Boundary Fence with their bicycles, at an area commonly referred to as "The Gravel Pit". This area is approximately two miles west of the San Ysidro, California, Port of Entry and is adjacent to the United States/Mexico International Boundary.  The two individuals then proceeded to ride their bicycles north into the United States.  Senior Patrol Agent Jorge Uribe advised Senior Patrol Agent Brett Overton, via Service radio, of his observations.  Agent Overton responded to the location and observed two individuals with bicycles approximately 200 yards north of the United States/Mexico International Boundary Fence.  Due to the close proximity of the United States/Mexico International border, the fact that this area is frequently used by undocumented aliens to further their entry into the United States and Agent Uribe's observations of the individuals climbing over the International Fence, Agent Overton approached the individuals and identified himself as a United States Border Patrol Agent.  Agent Overton then conducted an immigration inspection.  One subject stated he was a citizen and national of Mexico.  The other subject, later identified as BOUGUERNE, Achour, in broken English, admitted to being a citizen and national of Algeria illegally in the United States.  Both stated that they did not possess any documents that would allow them to legally enter or remain in the United States.  Agent Overton arrested the individuals, and transported them to the Imperial Beach Border Patrol Station for processing.

At the station the subject's biographical information, photos, and a complete set of rolled fingerprints were entered into ENFORCE, the Biometric Identification System (IDENT), and the Integrated Automated Fingerprint Identification System (IAFIS).  These databases revealed that BOUGUERNE has no immigration history and was assigned FINS# 18835756.  A complete set of BOUGUERNE's rolled fingerprints was sent to WIN/AFIS to which they stated they had no record on file.

BOUGUERNE was then assigned Alien Registration #98 950 259 and FBI #39491MC1.

On April 29, 2006, at approximately 4:10 AM, I, Senior Patrol Agent Jason A. Viau, advised BOUGUERNE of his Consular Communication Rights via an AT&T Arabic Interpreter, ID# 6040, as witnessed by Senior Patrol Agent German Corea.  BOUGUERNE stated that he understood his rights and, did not want to make contact with the Algerian Consulate.

BOUGUERNE further stated via AT&T Interpreter ID# 6040 that he left Algeria in September of 1991 and flew directly to Montreal, Canada.  BOUGUERNE states that he boarded a Canadian Airliner and paid approximately 2,200 in French currency.  BOUGUERNE stated that upon arrival to Canada, he claimed Political Asylum to the Canadian Customs officials.  BOUGUERNE stated that the Asylum claim was denied and he was ordered to depart from Canada but stated that he never left.  BOUGUERNE states that he lived in Montreal, Canada for approximately three years at different locations but states he does now know where he stayed or whom he stayed with.

BOUGUERNE states that he left Montreal, Canada, alone, enroute to Boston, Massachusetts sometime in 1994 via hitchhiking to the United States/Canada International border.

| Signature | Title |
|-----------|-------|
| JASON A. VIAU | BORDER PATROL AGENT |

21

| Name | File Number | Date |
|------|-------------|------|
| BOUGUERNE, Achour | Case No: IMB0604000484 A098 950 259 | 04/29/2006 |

BOUGUERNE states that the trip to the border took approximately three hours. BOUGUERNE stated that he illegally entered the United States by walking around the Port of Entry, near a city that sounded like "Michigan". Once in the United States, BOUGUERNE stated that he paid a taxi driver approximately $60.00 to $70.00 dollars to take him to Boston, Massachusetts. BOUGUERNE states that he stayed in a hotel in Boston for two days. BOUGUERNE states he does not remember the name of the hotel where he stayed or the cost of the hotel. BOUGUERNE stated he purchased a plain ticket for $150.00 to fly from Boston, Massachusetts to San Francisco, California.

BOUGUERNE stated that he has resided at 438 89th Street #2, Daly City, California 94015, since his arrival to San Francisco, CA in 1994.

BOUGUERNE initially stated that he was unemployed between his arrival to San Francisco in 1994 to 2002.

BOUGUERNE states he has worked at ANDRE-BOUDIN BAKERIES INC. for the past four years, from 2002 to present, earning $10.50 per hour. This business is located at 132 Hawthorne Street, San Francisco, California 94107. Telephone #(415)882-1849.

When asked what he did for income between 1994 to 2002, he recanted his initial statement and further stated that he acquired the job working at the bakery as soon as he arrived in San Francisco, Ca.

BOUGUERNE states that he takes the "Metro" everyday from his home in Daly City, CA., to the Bakery where he works.

BOUGUERNE stated that he left San Francisco, Ca. enroute to Tijuana, Mexico approximately 10 days ago via bus, which he paid approximately $169.00 for the ticket. When asked why he went to Mexico, BOUGUERNE stated that he had met a girl in San Francisco named "Marta", whom BOUGUERNE states is a Mexican Citizen, and he was going to visit her. BOUGUERNE states that he stayed at the "Reforma Hotel Ave" in Tijuana, Mexico and paid $28.00 a night. BOUGUERNE stated that he stayed there for approximately 10 days.

It should be noted that upon searching BOUGUERNE subsequent to arrest, $7,110.00 US dollars and 200.00 MXN pesos were discovered. When asked why BOUGUERNE had so much money on him, he stated that it was in case he "ran into trouble". When asked what he meant by that, he did not have an answer.

BOUGUERNE further stated that on the night of April 29, 2006, he got into a car in Tijuana, Mexico and the driver took his "white watch, his credit cards and his California drivers license" for payment for taking him to the border where he crossed into the United States. Upon arrival to the border, the driver gave BOUGUERNE a bicycle and told him which way to go.

BOUGUERNE stated that he paid no bribes to any official during his journey to the United States.

| Signature | Title |
|-----------|-------|
| ~ASON A. VIAU | BORDER PATROL AGENT |

3    4    Page

**22**

| BOUGUERNE, Achour | File Number<br>Case No: IMB0604000484<br>A098 950 259 | Date<br>04/29/2006 |
|---|---|---|

It should be noted that BOUGUERNE illegally crossed into the United States with ALONZO-Almado, Antonio, FINS#18830028, whom is a Mexican citizen. ALONZO has no criminal history and was apprehended by the U.S. Border Patrol one time prior to this occasion. ALONZO was voluntarily returned to Mexico.

Officer Bly of the National Targeting Center (NTC), ~~(703)331-1733~~ *Redacted*, was contacted regarding BOUGUERNE. I was issued NTC Log#180832.

I also contacted Agent Navarro of the Command and Control Intelligence Communications Center (CCICC), ~~(619)216-4180~~ *Redacted*. Agent Navarro issued me CCICC Log#11778. Agent Navarro contacted the Joint Terrorism Task Force (JTTF) and I was informed that Supervisory Border Patrol Agent Donald Fitch from JTTF wanted to interview BOUGUERNE upon his arrival to Alien Detention and Removal(ADR). Senior Patrol Agent Peter Daniel from CCICC arrived to the Imperial Beach Border Patrol Station to interview BOUGUERNE.

It should be noted that Algeria is a Mandatory Consular Notification country. I contacted the Algerian Embassy (202)265-2800 at approximately 5:35 AM. I spoke with a Mr. Djellal. Mr. Djellal requested that I fax a photocopy of BOUGUERNE's fingerprints and photo to him at the Algerian Embassy (202)265-1978 to confirm BOUGUERNE is in fact from Algeria.

BOUGUERNE, again freely stated that he illegally entered the United States and that he has no Immigration documents that would allow him to legally enter or remain in the United States.

BOUGUERNE stated "I want to stay because of the human rights. I'll get treated like a human here and if I go home, I'll get treated like dirt. Their is no human rights over there. For the last five years I never broke a law. I worked really hard and avoided all kinds of trouble. I never dealt with drugs or any crime. I want to stay here like other foreigners who basically ran from home cause they don't have any rights. I want to stay in this country where it's safe and sound like other Algerians or foreigners that enjoy the rights here."

BOUGUERNE was served Service forms I-200, I-286, I-826, I-862, and a list of free legal services via AT&T Interpretor ID# 6040.

Upon presentation of the I-826 (Notice of Rights and Request for Disposition) BOUGUERNE requested and was granted, a hearing before the Immigration Court to determine whether or not he may remain in the United States.

BOUGUERNE is being held in the custody of The Department of Homeland Security pending interview with the Joint Terrorism Task Force and formal Removal proceedings.

| Signature<br>JASON A. VIAU | Title<br>BORDER PATROL AGENT |
|---|---|

**23**

U. S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: **A098 950 259**
Case No: **IMB0604000484**
FIN #: **18835756**

In the Matter of:

Respondent: **Achour BOUGUERNE** _____ currently residing at:

**IN DHS CUSTODY** _____                      _____
(Number, street, city state and ZIP code)              (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

       **See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

       **See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
**a place to be set.**
(Complete Address of Immigration Court, Including Room Number, if any)

on **a date to be set**      at **a time to be set** to show why you should not be removed from the United States based on the
(Date)                          (Time)
charge(s) set forth above.

                        **FIELD OPERATIONS SUPERVISOR**
(Signature and Title of Issuing Officer)

Date: **April 30, 2006** _____          **San Diego, California**
(City and State)

**See reverse for important information**

Form I-862 (Rev. 3/22/99)N

**24**

# Notice to Respondent

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

x AB ACHOUR BOUGUERN
(Signature of Respondent)

Before:

_Senior Patrol Agent_
(Signature and Title of INS Officer)

Date: 4/30/06

## Certificate of Service

This Notice to Appear was served on the respondent by me on **April 30, 2006**, in the following manner and in
(Date)

compliance with section 239(a)(1)(F) of the Act:

☒ in person          ☐ by certified mail, return receipt requested          ☐ by regular mail
☐ Attached is a credible fear worksheet.
☐ Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the **Arabic** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

x AB ACHOUR  BOUGUERN
(Signature of Respondent if Personally Served)

JASON A. VIAU
BORDER PATROL AGENT
(Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

25

| Alien's Name | File Number | Date |
|---|---|---|
| Achour BOUGUERNE | Case No: IMB0604000484<br>A098 950 259 | April 30, 2006 |

**The Service alleges that you:**

1) You are not a citizen or national of the United States;

2) You are a native of ALGERIA and a citizen of ALGERIA;

3) You arrived in the United States at or near San Ysidro, California, on or about April 29, 2006;

4) You were not then admitted or paroled after inspection by an Immigration Officer.

**On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:**

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

| Signature | Title |
|---|---|
| J. 9A | FIELD OPERATIONS SUPERVISOR |

Form I-831 Continuation Page (Rev. 6/12/92)

26

**U.S. Department of Justice**

Immigration and Naturalization Service

# Warrant for Arrest of Alien

Case No: IMB0604000484

File No. __A098 950 259__

Date: __April 29, 2006__

FIN #:   18835756

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

__Achour BOUGUERNE__

(Full name of alien)

an alien who entered the United States at or near __San Ysidro, California__ on

(Port)

__April 29, 2006__ is within the country in violation of the immigration laws and is

(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

(Signature of authorized INS official)

__John G. Howenstein__

(Print name of official)

__FIELD OPERATIONS SUPERVISOR__

(Title)

---

## Certificate of Service

Served by me at __San Diego, California__ on __April 30, 2006__ at __12:30 AM__.

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

__JASON A. VIAU__

(Signature of officer serving warrant)

__BORDER PATROL AGENT__

(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

**27**

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Custody Determination**

Achour BOUGUERNE

IN DHS CUSTODY

,

Case No: IMB0604000484
File No: A098 950 259

Date: 04/29/2006

FIN #:  18835756

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

    ☒ detained in the custody of this Service.
    ☐ released under bond in the amount of $_*NO BOND*_.
    ☐ released on your own recognizance.

☒ You may request a review of this determination by an immigration judge.

☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_____
(Signature of authorized officer)

**FIELD OPERATIONS SUPERVISOR**
(Title of authorized officer)

**San Diego, California**
(INS office location)

☒ I do ☐ do not request a redetermination of this custody decision by an immigration judge.

☒ I acknowledge receipt of this notification.

X *ACHOUR BOUGUERN*
(Signature of respondent)

*4/30/06*
(Date)

**RESULT OF CUSTODY REDETERMINATION**

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge    ☐ District Director    ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.    ☐ Release-Order of Recognizance
☐ Detain in custody of this Service.    ☐ Release-Personal Recognizance
☐ Bond amount reset to _____    ☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

*28*

R-84 (Rev. 5-14-80)

## FINAL DISPOSITION REPORT

|  | Leave Blank |
|---|---|

Note: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Identification Division without final disposition noted thereon. If no final disposition is available to arresting agency, also obtain subject's right four finger impressions on this form, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submitted to: Director, FBI, Washington, D.C. 20537,

**Attention: Identification Division.**

(See instructions on reverse side)

| | |
|---|---|
| FBI No.<br><br>39491MC1 | Final Disposition & Date<br>(If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.) |
| Name on Fingerprint Card Submitted to FBI<br>Last          First          Middle<br><br>BOUGUERNE, Achour | |
| Date of Birth 06/24/1963          Sex Male | |
| Henry<br>Fingerprint<br>Classification<br>From FBI 1-B Response | |

| State Bureau No. (SID) | Social Security No. (SOC) | This Form Submitted By:<br>(Name, Title, Agency, ORI No., City & State) |
|---|---|---|
| Contributor of Fingerprints (Include complete name and location of agency, together with ORI number.)<br><br>Patrol Agent in Charge U.S. Border Patrol<br>1802 Saturn Way<br>Imperial Beach  CA  91933  US<br><br>ORI#  CAINSA400 | | ORI#  CAINSA400<br>Imperial Beach, CA, Border Patrol Station<br>Imperial Beach, CA<br>                                   04/30/06<br>Signature                          Date<br>Senior Patrol Agent<br>Title |

| Arrest No. (OCA)<br><br>AR098 950 259 | Date Arrested or Received<br><br>04/29/2006 | ° COURT ORDERED EXPUNGEMENT:<br>Return Arrest Fingerprint Card to Contributing Agency;<br>Certified or Authenticated Copy of Court Order Attached. |
|---|---|---|
| Offenses Charged at Arrest<br><br>8 USC 1229a<br>Removal Proceedings | | Right Four Fingers Taken Simultaneously |

If additional space is needed, check ° and continue on reverse side of this form.



FBI/DO

**29**

IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

BOUGUERNE, ACHOUR
C/O ICE, 1115 N. IMPERIAL AVE.
EL CENTRO, CA   92243

FILE: A98-950-259

RE:   BOUGUERNE, ACHOUR

NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS

PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN
SCHEDULED/RESCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE
IMMIGRATION COURT ON May 11, 2006 AT  8:30 A.M. AT THE FOLLOWING ADDRESS:

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA   92243

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY
AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS
BEFORE AN IMMIGRATION COURT.  IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY
OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.

CERTIFICATION OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer  [ ] ALIEN'S ATT/REP  [ ] INS
DATE:   5/5/06     BY:  COURT STAFF
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

U7

GC9



U.S. Department of Justice
Executive Office for Immigration Review
*Immigration Court*

**Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court**

OMB#1125-0006

---

I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s):

**NAME: Achour BOUGUERNE**

(First)                (Middle Initial)                (Last)

**ADDRESS: 1741 Parker St Apt #2**

(Number and Street)                (Apt. No.)

**Berkeley CA 94703**

(City)                (State)                (Zip Code)

DATE (mm/dd/yy): **10MAY06**

ALIEN NUMBER(S) (List lead alien number and all family member alien numbers, if applicable.)

**A98 950 259**

---

Please check one of the following:

☑ 1.    I am a member in good standing of the bar of the highest court(s) of the following state(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia:

Full Name of Court                                State Bar No. (if applicable)

**Supreme Court State of Colorado**                **16754**

(Please use space on reverse side to list additional jurisdictions.)

I ☑ am not (or ☐ am – explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions (other than federal courts) where I am licensed to practice law.

☐ 2.    I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review pursuant to 8 C.F.R. § 1292.2 (provide name of organization):

☐ 3.    I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 1292.1 (explain fully on reverse side).

---

*I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Immigration Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID# | PHONE NUMBER (with area code) | DATE (mm/dd/yy) |
|---|---|---|---|
| X *(signature)* | | 619.239.9990 | 10MAY06 |

| NAME OF ATTORNEY OR REPRESENTATIVE (type or print) | ADDRESS                    ☐ Check here if new address |
|---|---|
| DARIO AGUIRRE | AGUIRRE LAW GROUP 1010 Second Avenue, Suite 1700 San Diego CA 92101-4997 |

Form EOIR - 28
Rev. June 2005

*31*

## Certificate of Service

I  DARIO AGUIRRE                                    mailed or delivered a copy of the foregoing on  10MAY06                    to the DHS
     (Name)                                                                                                                          (Date-mm/dd/yy)

(U.S. Immigration and Customs Enforcement - ICE) at  Office of Chief Counsel 880 Front Street, Rm. 2246 San Diego CA 92101
                                                              (Number and Street, City, State, Zip Code)

X _____
                Signature of Attorney or Representative

(Note: Alien may be required to sign Acknowledgement and Consent below.)

---

*The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign the portion below.*

**I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO THE DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.**

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE (mm/dd/yy) |
|---|---|---|
| Achour BOUGUERNE | X  ACHOUR BOUGUERNE | 10MAY06 |

**APPEARANCES** - An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b). Please note that appearances for limited purposes are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Further proof of authority to act in a representative capacity may be required.

**AVAILABILITY OF RECORDS** - During the time a case is pending, a party to a proceeding or his/her attorney or representative shall be permitted to examine the Record of Proceeding in the Immigration Court having administrative control over the Record of Proceeding, in accordance with the standard procedures of the Court.

**REPRESENTATION** - A person entitled to representation may be represented by any of the following:

    (1) Attorneys in the United States as defined in 8 C.F.R. § 1001.1(f).
    (2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 1292.1(a)(2).
    (3) Reputable individuals as defined in 8 C.F.R. § 1292.1(a)(3).
    (4) Accredited representatives as defined in 8 C.F.R. § 1292.1(a)(4).
    (5) Accredited officials as defined in 8 C.F.R. § 1292.1(a)(5).

**ADDITIONAL INFORMATION:**

(Please attach additional sheets of paper if necessary.)

**NOTE: THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1 - 16.11 AND APPENDICES.**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to proved us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22

32

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: REMOVAL DEFENSE/BOND/FOIA

Date: 10MAY06
File No. A98 950 259

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: Achour BOUGUERNE
☐ Petitioner  ☐ Applicant
☐ Beneficiary  ☑ Respondent

Address: (Apt. No.)  (Number & Street)  (City)  (State)  (Zip Code)
1741 Parker St Apt #2, Berkeley, CA 94703

Name:
☐ Petitioner  ☑ Applicant
☐ Beneficiary  ☑ Respondent

Address: (Apt. No.)  (Number & Street)  (City)  (State)  (Zip Code)

Check Applicable Item(s) below

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
State of Colorado    Supreme Court (16754)    and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board.

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

SIGNATURE

NAME (Type or Print)
DARIO AGUIRRE

COMPLETE ADDRESS
Aguirre Law Group A.P.C.
1010 Second Avenue, Suite 1700
San Diego CA 92101-4997

TELEPHONE NUMBER
(619) 239-9990

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.

DARIO AGUIRRE
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

REMOVAL DEFENSE/BOND/FOIA

Name of Person Consenting
Achour BOUGUERNE

Signature of Person Consenting

Date
10MAY06

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

33

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: REMOVAL DEFENSE/BOND/FOIA | Date: 10MAY06 |
| | File No. A98 950 259 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: **Achour BOUGUERNE**
☐ Petitioner  ☐ Applicant
☐ Beneficiary  ☑ Respondent

Address: (Apt. No.)  (Number & Street)  (City)  (State)  (Zip Code)
**1741 Parker St Apt #2, Berkeley, CA 94703**

Name:
☐ Petitioner  ☐ Applicant
☐ Beneficiary  ☐ Respondent

Address: (Apt. No.)  (Number & Street)  (City)  (State)  (Zip Code)

Check Applicable Item(s) below:

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**State of California**     **Supreme Court (228961)**     and am not under a court or administrative agency
                            Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board.

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
| | Aguirre Law Group A.P.C. |
| | 1010 Second Avenue, Suite 1700 |
| | San Diego CA 92101-4997 |
| NAME (Type or Print): | TELEPHONE NUMBER |
| **CHRIS A. CHOUTEAU** | **(619) 239-9990** |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.*

**CHRIS A. CHOUTEAU**
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

**REMOVAL DEFENSE/BOND/FOIA**

| Name of Person Consenting | Signature of Person Consenting | Date |
| Achour BOUGUERNE | | 10MAY06 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et SEQ.

Form G-28 (09/26/00)Y

**34**

NOTE: TELEPHONIC
ALGERIAN ARABIC
INTERPRETER
REQUIRED

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA 92251

RE: BOUGUERNE, ACHOUR
FILE:  A90 950 059                                    DATE:  May 11, 2006

TO:        BOUGUERNE, ACHOUR
           C/O ICE, 1115 N. IMPERIAL AVE.
           EL CENTRO, CA 92243

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on   5-16-06
at      8:30 A.M.   at                                     CONTINUED
BOND w/ DRJ          1115 NORTH IMPERIAL AVENUE           FOR  ATTORNEY
                     EL CENTRO, CA 92243                  PREPARATION.

     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appeal in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.

     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under Section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

     A list of free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
or 703-305-1662.

GC9

35

Alien Number:  A8 VSC-259    Alien Name:  BORBOUREL, ACHOUR

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

1. You have been scheduled for a removal hearing, at the time and place set forth on the attached sheet. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of ten (10) years after the date of entry of the final order of removal.

2. You have been scheduled for an asylum hearing, at the time and place set forth on the attached notice. Failure to appear for this hearing other than because of exceptional circumstances beyond your control will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. Below) for a period of ten (10) years from the date of your scheduled hearing.

3. You have been granted voluntary departure from the United States pursuant to section 240B of the Immigration and Nationality Act, and remaining in the United States beyond the authorized date will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. Below) for ten (10) years from the date of the scheduled departure. Your voluntary departure bond, if any, will also be breached. Additionally, if you fail to voluntarily depart the United States within the time period specified, you shall be subject to a civil penalty of not less than $1000 and not more than $5000.

**the term "exceptional circumstances" refers to circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
1)    Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
2)    Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
3)    Adjustment of status or change of status as provided for in section 245, 248, 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English. Oral notice of the contents of this notice must be given to the alien in his/her native language, or in a language he/she understands by the Immigration Judge.
Date:  May 11, 2006
Immigration Judge: _____    or Court Clerk: _____

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [P] ALIEN's ATT/REP  [P] INS
DATE:  5-11-06    BY:  COURT STAFF  J.H.W.
Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
IMPERIAL, CA

FILE: A96-950-259

IN THE MATTER OF:

BOUGUERNE, ACHOUR

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of
respondent pursuant to 8 CFR 236.1(c), and full consideration
having been given to the representations of the Immigration and
Naturalization Service and the respondent, it is hereby

___X___  ORDERED that the request for a change in custody status be
         denied.

_____  ORDERED that the request be granted and that respondent be:

_____  released from custody on his own recognizance

_____  released from custody under bond of $_____

_____  OTHER _____

Copy of this decision has been served on the respondent and the
Service.

APPEAL: waived   (reserved)   6-15-06   Respondent.

IMPERIAL - EL CENTRO, CALIFORNIA

Date:  May 16, 2006                    _____
                                       DENNIS R. JAMES
                                       Immigration Judge

                                                              XS

GC9

**37**

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

RE:  BOUGUERNE, ACHOUR
FILE:  A78-959 259                          DATE:  May 16, 2006

TO:        DARIO AGUIRRE
           AGUIRRE, LAPPIN & GRANGE A.P.C.
           1010 SECOND AVENUE, SUITE 1700
           SAN DIEGO, CA  92101

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on    6|14|06
at    8:30 AM    at

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243

     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
GC9

38

Alien Number:  70-950 259                    Alien Name:  BOUGUENNE, ACHOUR

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(✓) 1.  You have been scheduled for a removal hearing, at the time and place
set forth on the attached sheet.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of
relief under the Immigration and Nationality Act (see Section A.
below) for a period of ten (10) years after the date of entry of the
final order of removal.

(  ) 2.  You have been scheduled for an asylum hearing, at the time and place
set forth on the attached notice.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of relief
under the Immigration and Nationality Act (see Section A. Below) for a
period of ten (10) years from the date of your scheduled hearing.

(  ) 3.  You have been granted voluntary departure from the United States
pursuant to section 240B of the Immigration and Nationality Act, and
remaining in the United States beyond the authorized date will result
in your being found ineligible for certain forms of relief under the
Immigration and Nationality Act (see Section A. Below) for ten (10)
years from the date of the scheduled departure.  Your voluntary
departure bond, if any, will also be breached.  Additionally, if you
fail to voluntarily depart the United States within the time period
specified, you shall be subject to a civil penalty of not less than
$1000 and not more than $5000.

**the term "exceptional circumstances" refers to circumstances such
as serious illness of the alien or death of an immediate relative
of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)   Voluntary departure as provided for in section 240B of the
         Immigration and Nationality Act;
    2)   Cancellation of removal as provided for in section 240A of the
         Immigration and Nationality Act; and
    3)   Adjustment of status or change of status as provided for in Section
         245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English.  Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  May 16, 2006
Immigration Judge: _____  or Court Clerk: _____

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)     PERSONAL SERVICE (P)
TO:  [ ] ALIEN [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE:  5/16/06        BY:  COURT STAFF
    Attachments:  [ ] EOIR-33  [ ] EOIR 28  [ ] Legal Services List  [ ] Other
                                                                        V6

*39*

## PART D.    YOUR SIGNATURE

*After reading the information regarding penalties in the instructions, complete and sign below. If someone helped you prepare this application, he or she must complete Part E.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546, provides in part: "Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or knowingly presents any such application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned not more than five years, or both." I authorize the release of any information from my record which the Bureau of Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an Asylum Officer or an Immigration Judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. See 208(d)(6) of the Act and 8 CFR 208.20.

| Print Complete Name | Write your name in your native alphabet |
|---|---|
| Achour BOUGUERNE | آشور . بوقرن |

Did your spouse, parent, or child(ren) assist you in completing this application?    ☑ No ☐ Yes *(If "Yes," list the name and relationship.)*

_____    _____
(Name)                                      (Relationship)

Did someone other than your spouse, parent, or child(ren) prepare this application?    ☐ No ☑ Yes *(If "Yes," complete Part E)*

_____    _____
(Name)                                      (Relationship)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?    ☐ No ☑ Yes

Signature of Applicant *(The person in Part A. I.)*

[    آشور . بوقرن    ]    06|02|2006

Sign your name so it all appears within the brackets    Date *(Mo/Day/Yr)*

## PART E.    DECLARATION OF PERSON PREPARING FORM IF OTHER THAN APPLICANT, SPOUSE, PARENT OR CHILD

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324(c).

| Signature of Preparer | Print Complete Name |
|---|---|
|  | Nicole Marie Richard, Paralegal |
| Daytime Telephone Number (619 )  239-9990 | Address of Preparer: Street Number and Name Aguirre Law Group, A.P.C., 1010 Second Avenue, #1700 |

| Apt. No. | City San Diego | State CA | ZIP Code 92101-4997 |
|---|---|---|---|

## PART F.    TO BE COMPLETED AT INTERVIEW OR HEARING

*You will be asked to complete this Part when you appear before an Asylum Officer of the U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS), or an Immigration Judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR) for examination.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are all true to the best of my knowledge taking into account correction(s) numbered _____ to _____ that were made by me or at my request.

Signed and sworn to before me by the above named applicant on:

_____    _____
Signature of Applicant                            Date *(Mo/Day/Yr)*

_____    _____
Write Your Name in Your Native Alphabet        Signature of Asylum Officer or Immigration Judge

**40**

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

RE:  BOUGUERNE, ACHOUR
FILE:  A98-950-259                               DATE:  Jun 14, 2006

TO:          DARIO AGUIRRE
             AGUIRRE, LAPPIN & GRANDE A.P.C.
             1010 SECOND AVENUE, SUITE 1700
             SAN DIEGO, CA  92101

        Please take notice that the above captioned case has been scheduled for a
Master/(Individual) hearing before the Immigration Court on   *September 13, 2006*
at   *1:00pm*   at

                    1115 NORTH IMPERIAL AVENUE
                    EL CENTRO, CA  92243
        You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
        Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
        1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
        2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
        A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
LIZ

41

Alien Number: 98-950-259                    Alien Name: BOUGUERNE, ACHOUR

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(✓) 1. You have been scheduled for a removal hearing, at the time and place
        set forth on the attached sheet. Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of
        relief under the Immigration and Nationality Act (see Section A.
        below) for a period of ten (10) years after the date of entry of the
        final order of removal.

( ) 2. You have been scheduled for an asylum hearing, at the time and place
        set forth on the attached notice. Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of relief
        under the Immigration and Nationality Act (see Section A. Below) for a
        period of ten (10) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States
        pursuant to section 240B of the Immigration and Nationality Act, and
        remaining in the United States beyond the authorized date will result
        in your being found ineligible for certain forms of relief under the
        Immigration and Nationality Act (see Section A. Below) for ten (10)
        years from the date of the scheduled departure. Your Voluntary
        departure bond, if any, will also be breached. Additionally, if you
        fail to voluntarily depart the United States within the time period
        specified, you shall be subject to a civil penalty of not less than
        $1000 and not more than $5000.

        **the term "exceptional circumstances" refers to circumstances such
        as serious illness of the alien or death of an immediate relative
        of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)    Voluntary departure as provided for in section 240B of the
          Immigration and Nationality Act;
    2)    Cancellation of removal as provided for in section 240A of the
          Immigration and Nationality Act; and
    3)    Adjustment of status or change of status as provided for in Section
          245, 248 or 249 of the Immigration and Nationality Act.

     This written notice was provided to the alien in English. Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Jun 14, 2006
Immigration Judge: _____  or Court Clerk: _____

                        CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE: ___6-14-06___ BY: COURT STAFF _____
     Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
                                                                    V6



UNITED STATES DEPARTMENT OF JUSTICE
Executive Office for Immigration Review
Immigration Court
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

/ _D_ / DETAINED AT GOV'T EXPENSE

DATE:  Jun 14, 2006

NATIONALITY:  ALGERIA

FILE NUMBER:  A98-950-259
              BOUGUERNE, ACHOUR

Department of State
Bureau of Democracy, Human Rights and Labor
Office of Country Reports and Asylum Affairs
2401 E Street, NW, Room H242
Washington, D.C.  20037

Dear Sir:

Pursuant to 8 C.F.R.  208.11, herein enclosed for your review, is a copy
of an application for asylum and withholding on Form I-589 and attachments
relating to the above-named subject.  He/she asserts that he/she will be
persecuted on account of his/her race, religion, nationality, membership in a
particular social group or political opinion or tortured if returned to
his/her native country.  Neither a determination of the applicant's credibility
nor an evaluation of his/her claim has been made.


A hearing on this application has been scheduled for Sep 13, 2006.  If
we do not hear from you by Sep 13, 2006, we will assume that you have chosen not
to comment.  Your response prior to this date would be most helpful for the
Immigration Judge in arriving at a decision in this case.

_Vanessa Lopez_
IMMIGRATION COURT CLERK

Enclosures

cc:  INS Asst. District Counsel



cc:  Alien or Alien's Attorney/Representative
     DARIO AGUIRRE
     AGUIRRE, LAPPIN & GRANDE A.P.C.
     1010 SECOND AVENUE, SUITE 1700
     SAN DIEGO, CA  92101                                          SS
EC2

*43*

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

RE:  BOUGUERNE, ACHOUR
FILE:  A98-950-259

DATE:  Sep 13, 2006

TO:         DARIO AGUIRRE
            AGUIRRE, LAPPIN & GRANDE A.P.C.
            1010 SECOND AVENUE, SUITE 1700
            SAN DIEGO, CA  92101

10/25/06
8:00 DARIO A6 -
telephonic

    Please take notice that the above captioned case has been scheduled for a
MASTER hearing before the Immigration Court on Oct 4, 2006 at  8:00 A.M. at:

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243

    You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.

    Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:  (1) You may be taken into
custody by the Immigration and Naturalization Service and held for further
action, OR (2) Your hearing may be held in your absence under section 240(b)(5)
of the Immigration and Nationality Act.  An order of removal will be entered
against you if the Immigration and Naturalization Service established by
clear, unequivocal and convincing evidence that a) you or your attorney has
been provided this notice and b) you are removable.

    IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT
CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION
COURT IMPERIAL, CA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

    A list of free legal service providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
or 703-305-1662.  *YOU MUST BRING PHOTO IDENTIFICATION TO ENTER THE BUILDING.*
                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer   [P] ALIEN's ATT/REP   [P] INS
DATE:  ___9-13-06___   BY: COURT STAFF _____            V3
    Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
CC2

44

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

RE: BOUGUERNE, ACHOUR
FILE: A98-953-259                          DATE:  Sep 13, 2006

TO:
        DARIO AGUIRRE
        AGUIRRE, LAPPIN & GRANDE A.P.C.
        1010 SECOND AVENUE, SUITE 1700
        SAN DIEGO, CA  92101

        Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on        10/25/2006
at    8:00 AM    at

                        1115 NORTH IMPERIAL AVENUE
                        EL CENTRO, CA  92243
        You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court. Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed. You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
        Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
        1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
        2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE
        A list of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
DJR

45

Alien Number:  98-250-259                        Alien Name:  BOUGUERNE, ACHOUR

## LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

 1.  You have been scheduled for a removal hearing, at the time and place
set forth on the attached sheet.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of
relief under the Immigration and Nationality Act (see Section A.
below) for a period of ten (10) years after the date of entry of the
final order of removal.

( )  2.  You have been scheduled for an asylum hearing, at the time and place
set forth on the attached notice.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of relief
under the Immigration and Nationality Act (see Section A. Below) for a
period of ten (10) years from the date of your scheduled hearing.

( )  3.  You have been granted voluntary departure from the United States
pursuant to section 240B of the Immigration and Nationality Act, and
remaining in the United States beyond the authorized date will result
in your being found ineligible for certain forms of relief under the
Immigration and Nationality Act (see Section A. Below) for ten (10)
years from the date of the scheduled departure.  Your voluntary
departure bond, if any, will also be breached.  Additionally, if you
fail to voluntarily depart the United States within the time period
specified, you shall be subject to a civil penalty of not less than
$1000 and not more than $5000.

**the term "exceptional circumstances" refers to circumstances such
as serious illness of the alien or death of an immediate relative
of the alien, but not including less compelling circumstances.

A.   THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
1)   Voluntary departure as provided for in section 240B of the
Immigration and Nationality Act;
2)   Cancellation of removal as provided for in section 240A of the
Immigration and Nationality Act; and
3)   Adjustment of status or change of status as provided for in Section
245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English.  Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Sep. 13, 2006
Immigration Judge: _____  or Court Clerk: _____

## CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP
DATE:  10/31/2006    [ ] COURT STAFF
Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

46

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

RE: BOUGUERNE, ACHOUR
FILE: A98-950-259

DATE:  Feb 22, 2007

TO:        AGUIRRE, DARIO
           1010 SECOND AVENUE, SUITE 1700
           SAN DIEGO, CA  92101

Please take notice that the above captioned case has been scheduled for a INDIVIDUAL hearing before the Immigration Court on Mar 5, 2007 at 08:00 A.M. at:

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court.  Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative.  If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.  You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:  (1) You may be taken into custody by the Department of Homeland Security and held for further action.  OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act.  An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT IMPERIAL, CA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.  EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you.  For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662.

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [M] ALIEN's ATT/REP  [ ] DHS
DATE: ___2|22|0e___ BY: COURT STAFF _____         V3
    Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

47

IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

In the Matter of

BOUGUERNE, ACHOUR
Respondent

Case No.: A98-950-259

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 3-5-2007.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.
[X]  The respondent was ordered removed from the United States to Algeria.
     or in the alternative to .
[ ]  Respondent's application for voluntary departure was denied and
     respondent was ordered removed to  or in the
     alternative to .
[ ]  Respondent's application for voluntary departure was granted until
     upon posting a bond in the amount of $ _____
     with an alternate order of removal to .
Respondent's application for:
[X]  Asylum was ( )granted (X)denied( )withdrawn.
[X]  Withholding of removal was ( )granted (X)denied ( )withdrawn.
[ ]  A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[ ]  Cancellation of removal under section 240A(a) was ( )granted ( )denied
     ( )withdrawn.
Respondent's application for:
[ ]  Cancellation under section 240A(b)(1) was ( ) granted ( ) denied
     ( ) withdrawn. If granted, it is ordered that the respondent be issued
     all appropriate documents necessary to give effect to this order.
[ ]  Cancellation under section 240A(b)(2) was ( )granted ( )denied
     ( )withdrawn. If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[ ]  Adjustment of Status under Section _____ was ( )granted ( )denied
     ( )withdrawn. If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[X]  Respondent's application of (X) withholding of removal ( ) deferral of
     removal under Article III of the Convention Against Torture was
     ( ) granted (X) denied ( ) withdrawn.
[ ]  Respondent's status was rescinded under section 246.
[ ]  Respondent is admitted to the United States as a _____ until _____.
[ ]  As a condition of admission, respondent is to post a $ _____ bond.
[ ]  Respondent knowingly filed a frivolous asylum application after proper
     notice.
[ ]  Respondent was advised of the limitation on discretionary relief for
     failure to appear as ordered in the Immigration Judge's oral decision.
[ ]  Proceedings were terminated.
[ ]  Other: _____
     Date:  Mar 5, 2007

                                        DENNIS R. JAMES
                                        Immigration Judge

Appeal (Waived/Reserved    Appeal Due By:

ALIEN NUMBER: 98-950-259                    ALIEN NAME: BOUGUERNE, ACHOUR

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] DHS
DATE: _8/5/__   BY: COURT STAFF _____
      Attachments:  [ ] EOIR-33  [ ] EOIR-
28  [ ] Legal Services List  [ ] Other

---

Q6

49

**U.S. Department of Homeland Security**
El Centro Service Processing Center
1115 North Imperial Avenue
El Centro, California 92243

 **U.S. Immigration
And Customs
Enforcement**

Bouguerne Achour                       A 98-950-259
C/O: El Centro Service Processing Center
1115 N. Imperial Avenue
El Centro, CA 92243

### Notice to Alien of File Custody Review

You are detained in the custody of the Immigration and Customs Enforcement (ICE) and you are required to cooperate with the ICE in effecting your removal from the United States. If the ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody, the ICE will review your case for consideration for release on an Order of Supervision.

Your case is being reviewed to determine whether you may be released from custody. You must demonstrate to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk. You may submit a request to review your file to the district liaison officer no less than five working days prior to your review. An attorney or other person may represent you at no expense to the government. Attached is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

Before making any recommendation or decision to release you, the ICE Director for the San Diego DRO field Office must conclude that:

1. Travel documents are not available, or in the opinion of the ICE, immediate removal, while proper, is otherwise not practicable or not in the public interest;
2. Your are presently a non-violent person;
3. You are likely to remain non-violent if released;
4. You are not likely to pose a threat to the community following release;
5. You are not likely to violate the conditions of release; and
6. You do not pose a significant flight risk if released.

Your custody status will be reviewed on or about: **June 05, 2007.** The Director for the San Diego DRO field office may consider, but is not limited to considering the following:

1. The nature and number of disciplinary infractions or incident reports received;
2. Criminal conduct and criminal convictions, including parole and probation violations;
3. Any available psychiatric and psychological reports;

**Notice of File Review Continued:**



4. Evidence of rehabilitation including institutional progress;
5. Favorable factors, including ties to the United States;
6. Prior immigration violations and history;
7. The likelihood that you are a significant flight risk or may abscond to avoid removal;
8. Any other information that is probative of whether you are likely to:
   (i) Adjust to life in a community;
   (ii) Engage in future acts of violence;
   (iii) Engage in future criminal activity;
   (iv) Pose a danger to the safety of yourself or others or property;
   (v) Violate the conditions of your release from immigration custody pending removal.
9. Cooperate in obtaining your travel document.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the officer and address below. Documentation must be in English. The district director will notify you of the decision in your case.

U.S. Department of Homeland Security
**U.S. Immigration and Customs Enforcement**
Attn:  R.Rosas, Deportation Officer
        1115 N. Imperial Avenue
        El Centro, CA 92243

## METHOD OF SERVICE

I certify that this form was provided to the alien by: **(Hand)**                    Institution
Mail)                                                                                Ecc/Spc

( ) CC: Attorney of Record or Designated Representative
( ) CC: A-file

_Ringo Rosas_                                    Ringo Rosas                    05/25/2007
Signature of Officer                             Print Name of Officer          Date

(Final 10/18/99)

**30-Day Waiting Period Waived by Detainee:**

_X_        _Buef_                _5/25/07_
**Signature**                      **Date**

*51*

A 98-950-259                                         Bouguerne Achour

| | YES | NO |
|---|---|---|
| **Does the detainee have a place to live in the United States?** | ☒ | ☐ |

#2
ADDRESS:  1741 PARKER ST BERKLEY  CA,94703
PHONE #:   (408) 702-0311
IN CARE OF:   BENDAOUD SOFYAN

| | YES | NO |
|---|---|---|
| **Is the detainee subject to any parole or probation requirements?** | ☐ | ☒ |

DATE:    CLEAN   RECORDS

| | YES | NO |
|---|---|---|
| **Does the detainee have close family ties within the United States?** | ☒ | ☐ |

NAME:   BENDAOUD SOFYAN
ADDRESS:  1741 PARKER ST # 2  BERKLEY CA 94703
PHONE #:   (408) 702-0311

| | YES | NO |
|---|---|---|
| **Does the detainee have any community ties or non-governmental sponsors?** | ☒ | ☐ |

NAME:
ADDRESS:           SAME ADDESS:
PHONE #:

| | YES | NO |
|---|---|---|
| **Does the detainee have any employment history?** | ☒ | ☐ |

ANDRE-BOUDIN BAKERIES  INC
132 HAWTHORNE STREET
SAN FRANCISCO, CA 94107

**What is the detainee's educational level?**

HIGH SCHOOL ,AND 2 YEARS IN ALGERIAN COLLEGE

**Does the detainee have any vocational training?**

BAKER,  STORE CLERK

**CERTIFICATES OR LETTERS:**

*52*



U.S. Department of Homeland Security
880 Front Street
San Diego, CA 92101

## U.S. Immigration and Customs Enforcement



BOUGUERNE, Achour
C/O El Centro Service Processing Facility
1115 N. Imperial Avenue
El Centro, CA 92243

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You have been ordered removed to the country of Algeria by an Immigration Judge. You have failed to demonstrate that you will not pose a flight risk, due to the fact that you do not have any close family or community ties in the United States. You do not have any vocational training or extensive experience in any field. The Agency believes that you would be burden on the United States if released. You removal to Algeria is foreseen in the near future. Based on the aforementioned, you are considered a threat to the community pursuant to 8 CFR 241.14. Therefore, it is in the best interest of the Agency that you remain in continued detention until your removal is effected.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been released or removed from the Unites States by September 05, 2007, jurisdiction of the custody decision in your case will be transferred to Headquarters Post Order Unit (HQPDU), 801 I St. NW, Washington, DC 20536. HQPDU will make a final determination regarding your custody.

_____
Robert Culley, Deputy Field Office Director, San Diego, CA

6/14/7
/Date

**53**

Decision of Post Order Custody Review – Detain
A98 950 259  BOUGUERNE, Achour
Page 2

---

## PROOF OF SERVICE

**(1)   Personal Service (Officer to complete both (a) and (b) below.)**

(a)   I _____GERARDO LOPEZ_____, _____IGA_____,
Name of ICE Officer                        Title

certify that I served _____BOUGUERNE, ACHOUR_____ with a copy of
Name of detainee

this document at _____ECC/SPC_____ on _6/18/07_ at _0806 HRS_.
Institution                        Date        Time

(b)   I certify that I served the custodian _____,
Name of Official

_____, at _____, on
Title                                        Institution

_____ with a copy of this document.
Date

## OR

**(2)   Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
Name of ICE Officer                        Title

that I served _____ and the custodian _____,
Name of detainee                              Name of Official

with a copy of this document by certified mail at _____ on _____.
Institution                    Date



( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

**54**

# POST ORDER CUSTODY REVIEW WORKSHEET

**Detainee Name:**    **BOUGUERNE, Achour**

**AKA(s):**

| | | | |
|---|---|---|---|
| **Date of Birth:** | June 24, 1963 | **A Number:** | 98 950 259 |
| **Place of Birth:** | Algiers | **Nationality:** | Algeria |

**Date of Last Arrival:** April 29, 2006       **Place of Arrival:**       San Ysidro, CA.

**Status at Last Entry:** EWI                **Last Date into ICE Custody:** April 29,2006

**Entered ICE Custody from:** ☐ **Local, State, or Federal Institution**
**Institution Name/Location:**
**BOP/ Institution Numbers:**
☒ **Other:** Border Patrol (CBP)

**Deportation Case Officer:** R. Rosas          **Review Date:** June 01, 2007
    **Contact Phone #:** (760) 336-4662

**DCO:** ECC
**Detained Location:** El Centro Service Processing Facility, 1115 Imperial Ave, El Centro, CA

## Deportation/Exclusion/Removal Proceedings

**List all Charges:**    ☐    Section 237 (a) (2)(A)(iii)
                ☒    Section 212 (a) (6)(A)(i)
                ☐    Section 241 (a)

☒ Under <u>Final Order</u> dated: By ☒ IJ  March 05, 2007   ☐ BIA   ☐ Other:

☐ Appeal Waived/Appeal Time Elapsed

Habeas filed: ☒ No   ☐ Yes

Stay Issued in Case: ☒ No   ☐ Yes

## Legal Representative / Attorney

**G-28 Filed:**   ☐ Yes   ☒ No

**Notification of Review Made:** ☐ No   ☒ Yes   **By:** M. Frear (Immigration Enforcement Agent)

**Name of Representative / Attorney:**
**Mailing Address:**                **Telephone Number:**

**Present during interview:**   ☐ Yes ☐ No

*55*

**Immigration History:** (Prior ICE arrest[s]/parole/bond/custody information/adjustment/benefits granted (TPS, DED, withholding, etc.))

On April 29, 2006, Mr. Bouguerne entered the United States through San Ysidro, CA., without inspection.  On April 30, 2006, a Customs and Border Protection Agent served him with a Notice to Appear and charged him under Section 212(a)(6)(A)(i).  On March 05, 2007, an Immigration Judge ordered him removed from the United States to the country of Algeria.

On March 05, 2007, a request for the issuance of a travel document was sent to the Consulate of Algeria located in Washington, D C.  The travel document is pending as of June 01, 2007.

On May 25, 2007, form I-229(a) and Instruction Sheet were served on Mr. Bouguerne.

**NCIC Checks:**   ☐ Criminal History        ☒ No record Found
                          (State and Federal)

**Criminal History:** (list convictions, sentence, date, court, and include a summary of other NCIC arrests, failures to appear, etc.)

Criminal checks were done.  No criminal record was found.

(DO NOT FORWARD A COPY OF THE NCIC PRINTOUT TO HQCDU)



## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**      ☐ Yes      ☒ No

    If Yes, List & Describe:

    Source:

**Disciplinary reports and incidents while in ICE Custody?**      ☐ Yes      ☒ No

    If Yes, List & Describe:

    Source:

## Specifics of Review

**Date of File Review:** June 01, 2007

**Date of Detainee Interview:** (optional)

**Location of Interview:**

**Reviewing/Interviewing Officer:** #1: M. Frear  (Immigration Enforcement Agent)

                               #2:

**Interpreter Used:** (If subject was interviewed)      ☐ Yes      ☐ No
**Name:**
**Language/Dialect:**

**Discussion at interview/review:**

The review conducted on today's date is file review pursuant to the permanent custody review procedures published in the Federal Register on December 21, 2000.  Therefore, a personal interview was not conducted.

*57*

**Travel Document Status/History:**

List aliens attempts to get travel documents and status (to include any actions alien has taken to **prevent** removal, and date of service of I-229(a) and Instruction Sheet to Detainee):

On March 05, 2007, a request for the issuance of a travel document was sent to the Consulate of Algeria located in Washington, DC. On May 30, 2007, the consulate requested to speak to Mr. Bouguerne. After speaking to Mr. Bouguerne, the consulate informed the Agency that a travel document would be issued upon Mr. Bouguerne producing a birth certificate or an Algerian National Document.

On May 25, 2007, form I-229(a) and Instruction Sheet were served on Mr. Bouguerne.

List ICE's attempts to obtain a travel document and status:

On March 05, 2007, a request for the issuance of a travel document was sent to the Consulate of Algeria located in Washington, DC. On May 30, 2007, the consulate requested to speak to Mr. Bouguerne. After speaking to Mr. Bouguerne, the consulate informed the Agency that a travel document would be issued upon Mr. Bouguerne producing a birth certificate or an Algerian National Document.



**Does the detainee have a place to live in the United States?** ☒ Yes ☐ No
ADDRESS: 1741 Parker ST. #2
          Berkley, CA 94703
In Care of: Bendaoud Sofyan

**Is the detainee subject to any parole or probation requirements?** ☐ Yes ☒ No
Mr. Bouguerne is not subject to Parole.

**Does the detainee have close family ties within the United States?** ☐ Yes ☒ No
Mr. Bouguerne did not provide any documentation.

**Does the detainee have community ties or non-governmental sponsors?** ☐ Yes ☒ No
Mr. Bouguerne did not provide any documentation.

**Does the detainee have any employment prospects?** ☐ Yes ☒ No
Mr. Bouguerne did not provide any documentation.

**What is the detainee's employment history?**
Mr. Bouguerne claims to have worked in San Francisco, CA.
(Andre-Boudin Bakeries INC)
132 Hawthorne Street
San Francisco, CA 94107

**What is the detainee's educational level?**
Mr. Bouguerne completed High School, and 2 years of college in Algerian.

**Does the detainee have any vocational training?** ☐ **Yes** ☒ **No**
Mr. Bouguerne did not provide any documentation.

**Has the detainee submitted any evidence of rehabilitation, courses while in prison, etc?**
Mr. Bouguerne did not provide any documentation.

## Medical/Psychological Concerns

**Does the detainee have any medical or psychological issues:** ☐ Yes ☒ No

**Description (to include Date and Source):**

| |
|---|
| None |



**Other documentary evidence for consideration in this review (include any documentation submitted by detainee):**

Mr. Bouguerne did not submitt any documentation that would favor his release from custody.

## Special Circumstances Concerns

**Does the detainee appear to meet any of the criteria of 8 CFR 241.14 for continued detention?**

☒ **No**        ☐ **Yes (indicate below):**

☐ Aliens with a Highly Contagious Disease that is a Threat to Public Safety [8 CFR § 241.14(b)].

☐ Aliens Detained on Account of Serious Adverse Foreign Policy Consequences of Release [8 CFR § 241.14(c)].

☐ Aliens Detained on Account of Security or Terrorism Concerns [8 CFR § 241.14(d)].

☐ Detention of Aliens Determined to be Specially Dangerous [8 CFR § 241.14(f)]. Aliens who pose a threat to the public because they have committed a crime of violence, have a mental disorder and behavior associated with the disorder, and are likely to be violent in the future.

**All cases that may possibly meet any of these provisions must be coordinated with HQCDU per existing guidance.**



## Officer Comments/Analysis & Recommendation

Based on Mr. Bouguerne's file review, I have concluded the following determining factors. On April 29, 2006, Mr. Bouguerne entered into the United States, at or near San Ysidro, CA. A Customs and Border Protection Agent apprehended Mr. Bouguerne and served him with a Notice to Appear charging him under Section 212(a)(6)(A)(i) of the INA. Mr. Bouguerne was transferred to the El Centro, California, Service Processing Center for 240 proceedings. On March 05, 2007, Mr.Bouguerne was order removed from the United States to Algeria by an Immigration Judge. Mr. Bouguerne did not exercise his right to appeal the Judge's decision therefore, making the order final.

On March 05, 2007, a travel document request was sent to the Consulate of Algeria. On May 30, 2007, a telephone call was made to the Consulate of Algeria, to check the status of the travel document request. The Consulate requested to speak to Mr. Bouguerne. A telephonic interview was conducted by the Consulate and Mr. Bouguerne. The Consulate informed this Agent that a travel document would be issued upon Mr. Bourguerne's presentation of his birth certificate or Algerian National Document. At this time Mr. Bouguerne has not provided the Agency with any such document.

Mr. Bouguerne has failed to show proof that he is not a flight risk. He does not have any close family or community ties in the United States. He does not have any vocational training or extensive experience in any field. I believe that he would be a burden on the United States if released. Mr. Bouguerne's removal to Algeria is foreseen in the near future. Therefore, it is in the best interest of the Agency to have Mr. Bouguerne on continued detention until his removal is effected.

| | |
|---|---|
| Margaret Frear<br>Immigration Enforcement Agent | Date: _June 01, 2007_<br>Signature: _Margaret Frear_ |
| Ron Batley, Supervisory Detention &<br>Deportation Officer for ECC/SPC | Date: 6/01/07<br>Signature: |
| Miguel Munoz<br>Assistant Officer in Charge | Date: 6/11/2007<br>Signature: |
| Robert G. Rillamas<br>Assistant Field Office Director, ECC | Date:<br>Signature: |

*61*

## DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐ RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☑ CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☐ CONTINUE IN CUSTODY - REFER TO HQCDU

Comments:

ICE Field Office: SND

Robert Culley, Deputy Field Office Director, San Diego, CA

Date 6/14/7

**62**

ntro Service Processing Center
**U.S. Department of Homeland Security**
1115 N. Imperial Avenue
El Centro, CA 92243



**U.S. Immigration
and Customs
Enforcement**

# Interoffice Memorandum

To:     Headquarters Detention & Removal
        Removal Support and Coordination Branch

From:   Ringo Rosas
        Deportation Officer

Date:   June 18, 2007

Re:     Travel Document Assistance from the Consulate of Algeria.

This request for assistance in obtaining a travel document for removal from the United States is being prepared and forwarded to your office for action. Bouguerne, Achour is in custody at the El Centro Service Processing Center, in El Centro, California. He has been ordered removed by an Immigration Judge on March 05 2007. A travel document was requested from the Consulate of Algeria on March 05, 2007. As of the date posted in this memorandum we have not received any answer regarding the sent request, and this case is due for a Post Order Custody Review.

Attached find copies of our cover letter to the consulate, Request for Travel Document (Service form I-217), Record of Deportable Alien (Service form I-213), Immigration Judge's Order of Removal, and two (2) photographs.

Thank You in advance for your assistance and if further information is required please feel free and contact Deportation Officer Ringo Rosas at (760) 336-4662, or (SDDO) Ronnie D. Batley at (760) 336-4607.

Sincerely,

Ringo Rosas
Deportation Officer for
Robert Rillamas
Officer In Charge
(760) 336-4600

**63**

**U.S. Department of Homeland Security**
El Centro Service Processing Center
1115 North Imperial Avenue
El Centro, California  92243



# U.S. Immigration
# And Customs
# Enforcement

MEMORANDUM FOR A FILE ( A98 950 259)

THROUGH:    OFFICIAL CHANNELS

FROM:       Jesus R. Reyna
            Deportation Officer
            El Centro, California

SUBJECT:    Status of National Document for **(BOUGUERNE, Achour, A25 311 794)**

On the afternoon of August 24, 2007, I spoke to detainee Bouguerne, Achour.  I asked him if he had any documentation that showed any proof that he was from the country of Algeria.  Mr. Bouguerne responded that he did not have any documents from his country.  I then asked him why he did not posses any document.  He responded by saying, "I left my country in the year 1991, as it was in war.  I fled to Canada and petitioned for Political Asylum.  I received notification by mail advising that my request had been denied and to report to the nearest Canadian Immigration Office for my deportation.  I became frightened and fled to the United States in the year 1995.  I have been living in San Francisco since.  I was afraid to apply for Political Asylum because of what happened to me in Canada.  I met a friend that told me that if I left to Mexico I could return right away and apply for Political Asylum at the Port of Entry, which is what I did."

Mr. Bouguerne also mentioned that when he left his country, he left without any documentation.  He said that his roommate actually went to Algeria and on his visit attempted to obtain a copy of Mr. Bouguerne birth certificate and was advised that they could not give him any documents that did not pertain to him.

The Agency has called the consulate of Algeria for an update in regards to the travel document request.  They do not give any specific answer, all they say is that the main land is still working on the request.  Custody jurisdiction remains with Headquarters.

*64*

*Office of Detention and Removal Operations*
U.S. Department of Homeland Security
801 I Street, NW
Washington, DC 20536



**U.S. Immigration
and Customs
Enforcement**

BOUGUERNE, Achour
C/O ICE Detention & Removal
San Diego Field Office

A98 950 259

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a native and citizen of Algeria. On or about April 29, 2006, you entered the United States without being admitted or paroled. You were ordered removed by the Immigration Judge on March 5, 2007. ICE is currently working with the Embassy of Algeria to obtain a travel document to effect your removal from the United States. The Algerian government regularly issues documents to effect the repatriation of its nationals. There is no indication at this time that a certificate will not be issued for your repatriation. Therefore, you are to remain in ICE custody at this time, as your removal will occur in the reasonably foreseeable future.

Pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA), you are required to make timely and good faith efforts to obtain travel or other documents necessary for your removal from the United States. This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to effect your removal.

You are also advised that any willful failure or refusal on your part to apply in good faith for Travel documents, or any actions or conspiracy on your part with others to obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

Signature of HQCDU Director/Designated Representative

9/19/07
Date

65

**Decision of Post Order Custody Review – Continue Detention**    **Page 2**
BOUGUERNE, Achour    A98 950 259

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I ___Jesus R. Reyna___ , ___D.O.___ ,
        Name of ICE Officer                    Title

certify that I served ___Bouguerne, Achour___ with a copy of
                        Name of detainee

this document at ___ECC IDC___ on ___9/25/07___ , at ___1234 hrs.___
                    Institution            Date          Time

(b)    I certify that I served the custodian _____
                                        Name of Official

_____ , at _____ , on
    Title                        Institution

_____ with a copy of this document.
    Date

### OR

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____ , certify
        Name of ICE Officer                    Title

that I served _____ and the custodian _____
                Name of detainee                        Name of Official

with a copy of this document by certified mail at _____ on _____
                                        Institution            Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

66