UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ACHOUR BOUGUERNE, | ) | Case No. 08cv0091-WQH (NLS) |
| | ) | A98 950 259 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | BY MAIL |
| MICHAEL CHERTOFF, Secretary | ) | |
| of Homeland Security, et al., | ) | |
| | ) | |
| Respondents. | ) | |

STATE OF CALIFORNIA    ) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **May 12, 2008,** I am causing service of the following (accompanying) document

**RETURN TO PETITION FOR WRIT OF HABEAS CORPUS**

on Petitioner by having a copy of the foregoing mailed to Petitioner on this day at his address of record:

**Achour Bouguerne
A98-950-259
1115 North Imperial Avenue
El Centro, CA 92243**

and by emailing a copy of same to his attorney **JAMES FIFE** at james_fife@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **Twelfth Day of May 2008.**

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY