KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119

Attorneys for Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHOUR BOUGUERNE,<br><br>            Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary<br>of Homeland Security; et al.,<br><br>            Respondents. | Case No. 08cv0091-WQH (NLS)<br>A98 950 259<br><br>LODGMENT OF ORDER OF<br>SUPERVISION AND OTHER<br>DOCUMENTATION<br>AND<br>NOTICE OF RELEASE FROM CUSTODY |

The Government hereby notifies the Court that Petitioner Bouguerne was released from custody on this day. [Declaration of Samuel W. Bettwy.] Accompanying this notice is the decision by HQCDU to release Bouguerne from custody and the Order of Supervision issued by the El Centro ICE detention facility.

Dated: May 13, 2008

                                          Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney

                                          s/ *Samuel W. Bettwy*

                                          SAMUEL W. BETTWY
                                          Assistant U.S. Attorney

Office of Detention and Removal Operations
**U.S. Department of Homeland Security**
801 I Street, NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

Anchour BOUGUERNE
C/O DHS/ICE
San Diego Field Office

A98 950 259

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms and by which you must abide. **You are required to participate in the Enhanced Supervised Release Program (ESR) to include monthly reporting to an ICE office and bi-weekly telephonic reporting until you are removed).** A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your continued release from custody is also conditioned upon your maintaining proper behavior while released, including not committing any further criminal offenses.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____
Marlen Pineir_for_ Cheryl L Crenshaw
Signature of HQ MU Chief

Date: 6/12/08



Decision of Post Order Custody Review – Release
Achour BOUGUERNE    A98 950 259
Page 2

---

### PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I _Richard Espinoza_, _Deportation Officer_,
    Name of ICE Officer                     Title

certify that I served _Achour Bouguerne_ with a copy of
                      Name of detainee

this document at _El Centro ECC/SPC_ on _5-13-08_, at _1125 AM_.
                 Institution                Date         Time

(b) I certify that I served the custodian _____,
                                           Name of Official

_____, at _____, on
    Title            Institution

_____ with a copy of this document.
    Date

### OR

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
   Name of ICE Officer       Title

that I served _____ and the custodian _____,
              Name of detainee                       Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                   Institution      Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File



U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Order of Supervision

File No: A98 950 259
Date: May 13, 2008

Name: BOUGUERNE, Achour

On 5/5/2007 (Date of final order), you were ordered: [ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
[X] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[X] That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

[X] That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

[X] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

[X] That you do not travel outside California (Specify geographic limits, if any) for more than 48 hours without first having notified this Service office of the dates and places of such proposed travel.

[X] That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

[X] That you report in person on the June 2nd, 2008 between 8am-12n to this Service office at: San Francisco Non Detain Unit Detention & Removal Operations, 630 Sansone St., 5th Floor, San Francisco, CA 94111 (415) 844-5512 unless you are granted written permission to report on another date.

[X] That you assist the Immigration and Customs Enforcement, Detention & Removal Operations in obtaining any necessary travel documents.

[X] Other: Comply with all parole requirements.

[ ] See attached sheet containing other specified conditions (Continue on separate sheet if required)

(Signature of ICE official)

Luz T. Amarillas SDO for Removals / El Centro, California
(Print name and title of ICE official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the English language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(ICE Official serving order)   (Signature of Alien)   05/13/2008 Date

Form I-220B (Rev. 4/1997)

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

Continuation Page for Form:  **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| BOUGUERNE, Achour | A98 950 259 | 05/13/2008 |

*Alien's Signature*

**Alien's Address**

c/o: Bendaoud Sofyan
2330 Valley St.
Berkley, CA 94702

(408) 702-0311
Alien's Telephone Number (if any)

Picture

**RIGHT INDEX PRINT**

**PERSONAL REPORT RECORD**

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
|  |  |  |

Signature

Title
Deportation Officer

U.S. Department of Homeland Security
Immigration and Customs Enforcement

**Order of Supervision-Addendum**

File No: A98 950 259

Date: 05/13/2008

Name: BOUGUERNE, Achour

[X] That you, do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide the INS with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide the INS with written proof of such within 30 days. You must provide the INS with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the INS with written proof of such within 10 days.

[X] That you do not commit any crimes while on this Order of Supervision.

[X] That you report to any parole or probation officer as required within 1 business day and provide the INS with written verification of the officers name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

[X] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[X] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[X] Any violation of the above conditions will may result in revocation of your employment authorization document.

[X] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

[ ] Other.

