KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 094918
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Samuel.Bettwy@usdoj.gov
Telephone: (619) 557-7119

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHOUR BOUGUERNE,<br><br>        Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; et al.,<br><br>        Respondents. | Case No. 08cv0091-WQH (NLS)<br>A98 950 259<br><br>DECLARATION<br>OF SAMUEL W. BETTWY |

I, Samuel W. Bettwy, declare and state as follows:

1. I am an Assistant U.S. Attorney in the Southern District of California and have been assigned the responsibility for the defense of the above-captioned case.

2. By email this day, I was informed by Richard Espinoza, Deportation Officer, Immigration Customs Enforcement, El Centro Service Processing Center (detention facility), that Petitioner Bouguerne had been released from custody and had departed the detention facility.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: May 13, 2008

                                        s/ *Samuel W. Bettwy*
                                        SAMUEL W. BETTWY