UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHOUR BOUGUERNE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary<br>of Homeland Security, et al.,<br><br>　　　　　　Respondents. | Case No. 08cv0091-WQH (NLS)<br>A98 950 259<br><br><br>CERTIFICATE OF SERVICE<br>BY MAIL |

STATE OF CALIFORNIA　　　)
　　　　　　　　　　　　　) ss.
COUNTY OF SAN DIEGO　　　)

　　　IT IS HEREBY CERTIFIED that:

　　　I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

　　　On **May 13, 2008,** I am causing service of the following (accompanying) document

**LODGMENT OF ORDER OF SUPERVISION AND OTHER DOCUMENTATION
AND NOTICE OF RELEASE FROM CUSTODY**

on Petitioner by having a copy of the foregoing mailed to Petitioner on this day at his address of record:

　　　**Achour Bouguerne
　　　A98-950-259
　　　1115 North Imperial Avenue
　　　El Centro, CA 92243**

and by emailing a copy of same to his attorney **JAMES FIFE** at james_fife@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on this **Thirteenth Day of May 2008.**

　　　　　　　　　　　　　　　　　　　　　　　　s/ *Samuel W. Bettwy*
　　　　　　　　　　　　　　　　　　　　　　　　SAMUEL W. BETTWY