ACHOUR BOUGUERNE
2449 23rd St.
San Francisco, CA 94110
Telephone: (415) 824-9031

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | |
|---|---|
| ACHOUR BOUGUERNE, [A98-950-259],<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Respondents. | Civil Action No. 08CV0091-WQH (NLS)<br><br>PETITIONER'S TRAVERSE |

Because Petitioner was released from Respondents' custody on an order of supervision on May 13, 2008, the Petition should be dismissed without prejudice as moot.

DATED: 6/6/08

Respectfully submitted,

/s/ ACHOUR BOUGUERNE
ACHOUR BOUGUERNE
Petitioner

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHOUR BOUGUERNE,<br>[A98-950-259]<br><br>      Plaintiff,<br><br>sv.<br><br>MICHAEL CHERTOFF, et al.,<br><br>      Defendant. | ) Case No. 08CV0091-WQH (NLS)<br>)<br>)<br>)<br>)<br>)<br>) PROOF OF SERVICE<br>)<br>)<br>)<br>) |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **PETITIONER'S TRAVERSE,** placing a true copy of the above-mentioned document in the United States mail on June 6, 2008, to:

    **Samuel Bettwy**
    U S Attorneys Office Southern District of California
    Civil Division
    880 Front Street
    Suite 6253
    San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct. Executed on 6 June 2008 at San Diego, California.

                                              SYLVIA FREEMAN