# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ACHOUR BOUGUERNE, | CASE NO. 08cv91 WQH (NLS) |
|---|---|
| Petitioner, | **ORDER** |
| vs. | |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

HAYES, Judge:

On January 15, 2008, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. # 1). The Petition alleges that Petitioner's continued and indefinite detention pursuant to 8 U.S.C. § 1231 is unlawful because Petitioner has been detained beyond the presumptively reasonable period of six months and there is no significant likelihood of his removal in the reasonably foreseeable future. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). On April 17, 2008, this Court issued an order to show cause requiring Respondents to answer the Petition (Doc. # 8). On May 12, 2008, Respondents answered the order to show cause by stating that the decision had been made to release Petitioner from custody and that "[u]pon Bouguerne's release," Respondents would "request dismissal for mootness" (Docs. # 9). On May 13, 2008, Respondents filed a notice of release from custody, which notified the Court that Petitioner had been released from Respondents' custody (Doc. # 10). On June 6, 2006, Petitioner filed a traverse, which states that "[b]ecause Petitioner was released from Respondents' custody on an order of supervision on May 13, 2008, the Petition should be dismissed without prejudice as moot" (Doc. # 11).

1       As Petitioner has been released from Respondents' custody, the Court concludes that Petitioner's Petition for Writ of Habeas Corpus pursuant to § 2241 is moot. The Petition for Writ of Habeas Corpus (Doc. # 1) is hereby **DISMISSED without prejudice** as moot.

      **IT IS SO ORDERED**.

DATED: June 10, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge