# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Achour Bouguerne

V.

Michael Chertoff; Michael Mukasey; Robin Baker;
Robert G Rillamas

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv91-WQH-NLS

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Petition for Writ of Habeas Corpus is dismissed without prejudice as moot.

| June 11, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Cruz

(By) M. Cruz, Deputy Clerk

ENTERED ON  June 11, 008